IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOAN DALEY-GOH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CATHOLIC SR. HOUSING & HEALTH** | : | **NO. 14-7379** |

## ORDER

AND NOW, this 8th day of January, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and her *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

JUAN R. SANCHEZ, J.